C



# Memphis Police Department
## Advice to Witness Viewing Photographic Display

Witness: D▊ Stevenson
Offense Number: 1902008292 ME

I have been advised that I will soon be viewing several photographs of individuals for the purpose of identification concerning the above referenced crime. I understand that this is an important procedure designed to clear the innocent as well as to insure accurate and viable identification of the guilty. Accordingly, the procedure described below will be followed.

1. The photographic display will contain pictures of persons of similar descriptions in similar poses.

2. There is no significance to the order in which the photos will appear.

3. The persons pictured may or may not have anything to do with the suspect offense and I am not to assume that the guilty party must be one of the persons represented.

4. During the interviewed process, no one is to give me any hints or suggestions or attempt to influence my identification in any way.

5. If I make an identification, it will be done in writing.

Date: 8-14-19

Witness Signature

Officer Signature

__DS__ The witness made a positive identification and stated number __1__ was one of the individual(s) involved in this crime.

_____ The witness was unable to make a positive identification.

Updated 12-18

# MEMPHIS POLICE DEPARTMENT



PS
8/4/19
15:21

1  2  3
4  5  6

This is Caejacker that shot in my car!

8/12/2019

# MEMPHIS POLICE DEPARTMENT


BOOKING #:
HARRIS, KRISTOPHER


BOOKING #:
WEBB, C


BOOKING #:
SPIVEY, E


BOOKING #:
STEWART, K


BOOKING #:
TURNER, B


BOOKING #:
MALONE, W

Date

8/12/2019